IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA IRWIN ROACH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:10cv239-SRW |
| ) | (WO) |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be and is hereby DISMISSED without prejudice.

Done, this 18th day of June, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE